No. 11–0547/AR. U.S. v. Ivan D. Goings. CCA 20080602. Appellant's motion to extend time to file a brief granted, *up to and including July 20, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0206/AR. U.S. v. Tommie L. Olds. CCA 20091044. On consideration of Appellant's second motion to compel production of attorney case file, it is ordered that Appellee will file a response to said motion on or before July 19, 2012.

No. 11–0675/AR. U.S. v. Cassandra M. Riley. CCA 20100084. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 30, 2012.

No. 12–0496/NA. U.S. v. Dominic P. Altier. CCA 201000361. On consideration of the motions filed by Lieutenant Commander Michael R. Torrisi for leave to withdraw as appellate defense counsel in the above cases, it appears that the Judge Advocate General has assigned another counsel to represent the Appellants and that the new counsel have assumed representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 12–0578/AR. U.S. v. Randy A. Krystyan. CCA 20110014. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including July 27, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this is case.*

No. 12–0398/AR. U.S. v. Ryan A. Bowersox. CCA 20100580. Review granted on the following issue:

> WHETHER APPELLANT'S CONVICTION OF VIOLATING 18 U.S.C. 1466A(b)(1), AS IMPORTED THROUGH CLAUSE 3 OF ARTICLE 134,

UCMJ, IS UNCONSTITUTIONAL AS APPLIED TO HIM BECAUSE THE MINORS DEPICTED IN THE MATERIAL AT ISSUE WERE NOT ACTUAL MINORS. *SEE ASHCROFT v. FREE SPEECH COALITION*, 535 U.S. 234 (2002); *UNITED STATES v. WHORLEY*, 550 F.3d 326 (4th Cir. 2008).

Briefs will be file under Rule 25.

Misc. No. 12–8028/AF. Patrick Carter, Petitioner v. The United States, The United States Air Force Court of Criminal Appeals, and Commander, United States Naval Consolidated Brig, Miramar, California, Respondents. On consideration of the petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus, it is ordered that said petition is hereby denied.

No. 12–0410/MC. U.S. v. Wade L. Walker. CCA 9501607. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, and in view of *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012), it is ordered that said petition is hereby granted on the following issue:

WHETHER APPELLANT WAS PREJUDICED AS A RESULT OF THE GOVERNMENT'S FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ, IN SPECIFICATIONS 1 AND 2 OF CHARGE V.

The portion of the decision of the United States Navy–Marine Corps Court of Criminal Appeals as to Charge V and the two specifications thereunder is reversed. Assuming, without deciding, that Appellant was prejudiced by his lack of notice as to these specifications, in light of Appellant's sentence to mandatory life imprisonment for premeditated murder, he has not been prejudiced by this error as to his sentence. Accordingly, Charge V and its two specifications are dismissed and the